UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JAROSLAWICZ, Derivatively on behalf of PERKINELMER, INC., A Massachusetts Corporation, <br><br> Plaintiff <br><br> v. <br><br> GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON, <br><br> Defendants <br><br> -and- <br><br> PERKINELMER, INC., A Massachusetts Corporation, <br><br> Nominal Defendant. | NO. 04-11469-GAO |

## NOTICE OF APPEARANCE

The undersigned counsel, Jeffrey B. Rudman, Esq. and Michael G. Bongiorno, Esq. hereby enter their appearance on behalf of the defendants Gregory L. Summe, Robert Friel, Nicholas Lopardo, Gabriel Schmergel, Kenton Sicchitano, Tamara Erickson, and PerkinElmer, Inc.

Respectfully submitted,

GREGORY L. SUMME, ROBERT FRIEL,
NICHOLAS LOPARDO, GABRIEL

          SCHMERGEL, KENTON SICCHITANO,
          TAMARA ERICKSON and PERKINELMER,
          INC.

          By their attorneys,

          /s/ Jeffrey B. Rudman
          /s/ Michael G.Bongiorno_____
          Jeffrey B. Rudman, Esq. (BBO# 433380)
          Michael G. Bongiorno, Esq. (BBO #558748)
          Wilmer Cutler Pickering Hale and Dorr LLP
          60 State Street
          Boston, MA  02109
          617-526-6000
          jeffrey.rudman@wilmerhale.com
          michael.bongiorno@wilmerhale.com

Dated: August 4, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on this 4th day of August, 2004 either electronically or by overnight mail on:

| | |
|---|---|
| Michael F. Germano, Esq. | Robert C. Schubert |
| Law Offices of Michael F. Germano | Juden Justice Reed |
| 63 Atlantic Avenue | Willem F. Jonckheer |
| Boston, Massachusetts 02109 | Schubert & Reed LLP |
| | Two Embarcadero Center, Suite 1660 |
| | San Francisco, California 94111 |

Richard Bemporad
Lowey Dannenberg Bemporad & Selinger, P.C.
One North Lexington Avenue, 11th Floor
White Plains, New York 10601

/s/ Daniel Margolis

BOSTON 1965228v1