UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JAROSLAWICZ, Derivatively on behalf of PERKINELMER, INC., A Massachusetts Corporation,<br><br>Plaintiff<br><br>v.<br><br>GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON,<br><br>Defendants<br><br>-and-<br><br>PERKINELMER, INC., A Massachusetts Corporation,<br><br>  Nominal Defendant. | NO. 04-11469-GAO |

## STIPULATION OF ACCEPTANCE OF SERVICE AND EXTENSION OF TIME

It is hereby stipulated and agreed by and among counsel for Plaintiff David Jaroslawicz ("Plaintiff") and counsel for Defendants Gregory L. Summe, Robert Friel, Nicholas Lopardo, Gabriel Schmergel, Kenton Sicchitano, Tamara Erickson, and Nominal Defendant PerkinElmer, Inc. (collectively, "Defendants"):

    a.    that the time for Defendants to respond to Plaintiff's Derivative Complaint shall be and hereby is extended by ten (10) days from the usual twenty (20) days time than Defendants would otherwise have to respond to said complaint following effective service on said Defendants;

BOSTON 1965310v1

-2-

b.	that counsel for Defendants shall and hereby accept service of Plaintiff's Derivative Complaint on behalf of each of the Defendants as of the date set forth below; and

c.	that the deadline for Defendants to respond to the complaint is September 2, 2004.

Dated: August 3, 2004

By: /s/ Michael F. Germano

MICHAEL F. GERMANO (BBO NO. 567117)
LAW OFFICES OF MICHAEL F. GERMANO
63 Atlantic Avenue
Boston, Massachusetts 02109
Telephone: (617) 367-5911

ROBERT C. SCHUBERT (BBO NO. 562242)
JUDEN JUSTICE REED
WILLEM F. JONCKHEER
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1660
San Francisco, California 94111
Telephone: (415) 788-4220

RICHARD BEMPORAD
LOWEY DANNENBERG BEMPORAD &
SELINGER, P.C.
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
Telephone: (914) 997-0500

Counsel for Derivative Plaintiff

By: _____
MICHAEL G. BONGIORNO (BBO NO. 558748)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

Counsel for Defendants


SO ORDERED this _____ day of _____, 2004.


_____
United States District Judge

-3-