UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID JAROSLAWICZ, Derivatively on behalf of PERKINELMER, INC., A Massachusetts Corporation, | ) ) ) ) | NO. 04-11469-GAO |
| Plaintiff | ) ) | |
| v. | ) ) | |
| GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON, | ) ) ) ) ) | |
| Defendants | ) ) | |
| -and- | ) ) | |
| PERKINELMER, INC., A Massachusetts Corporation, | ) ) ) | |
|   Nominal Defendant. | ) ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

    WHEREAS this action was filed on June 28, 2004;

    WHEREAS on July 16, 2004, a complaint was filed under the caption <u>Miller, et al. v. Summe, et al</u>, 04-CV-11599-GAO ("<u>Miller</u>"), asserting the same claims and naming the same defendants as this action;

    WHEREAS on August 24, 2004, plaintiffs in <u>Miller</u> filed a motion to consolidate that action with the instant action pursuant to Federal Rule of Civil Procedure 42;

    WHEREAS if the motion to consolidate is granted, plaintiff anticipates that a joint consolidated complaint will be filed;

-2-

WHEREAS the parties agree that, to conserve the resources of the parties and the Court, and in the interests of judicial efficiency, defendants' time to respond to the Complaint should be extended until the Court rules on the motion to consolidate;

WHEREFORE the parties jointly request that the Court extend defendants' time to respond to the Complaint as follows:

a. If the Court grants the motion to consolidate pending in 04-CV-11599-GAO, defendants' deadline for responding to the joint consolidated complaint shall be that set by the Court in the Court's consolidation order, and the defendants need not respond to the Complaint currently on file herein.

b. If the Court denies the motion to consolidate pending in 04-CV-11599-GAO, defendants' deadline for responding to the Complaint on file herein shall be twenty days after the Court's denial of the motion.

Dated: August 30, 2004

By: /s/ Michael Germano

Michael F. Germano (BBO NO. 567117)
Law Offices of Michael F. Germano
63 Atlantic Avenue
Boston, Massachusetts 02109
Telephone: (617) 367-5911

Robert C. Schubert (BBO NO. 562242)
Juden Justice Reed
Willem F. Jonckheer
Schubert & Reed Llp
Two Embarcadero Center, Suite 1660
San Francisco, California 94111
Telephone: (415) 788-4220

-3-

Richard Bemporad
Lowey Dannenberg Bemporad & Selinger, P.C.
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
Telephone: (914) 997-0500

Counsel for Plaintiff


By: /s/ Michael Bongiorno
Michael G. Bongiorno (BBO NO. 558748)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

Counsel for Defendants