UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JAROSLAWICZ, Derivatively on behalf of PERKINELMER, INC., A Massachusetts Corporation,<br><br>Plaintiff<br><br>v.<br><br>GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON,<br><br>Defendants<br><br>-and-<br><br>PERKINELMER, INC., A Massachusetts Corporation,<br><br>  Nominal Defendant. | NO. 04-11469-GAO |

## STATEMENT OF NON-OPPOSITION TO MOTION TO CONSOLIDATE RELATED CASES

Plaintiff David Jaroslawicz ("Plaintiff") agrees that the shareholder derivative action captioned Miller, et al. v. Summe, et al., Case No. 04-11599-GAO, should be consolidated with this action, and does not oppose the motion to consolidate filed in Miller on or about August 24, 2004. Plaintiff believes that the actions should be consolidated under the lowest case number.

Dated: September 7, 2004

By: _/s/ Michael Herman_

BOSTON 1979568v1

Michael F. Germano (BBO NO. 567117)
Law Offices of Michael F. Germano
63 Atlantic Avenue
Boston, Massachusetts 02109
Telephone: (617) 367-5911

Robert C. Schubert (BBO NO. 562242)
Juden Justice Reed
Willem F. Jonckheer
Schubert & Reed Llp
Two Embarcadero Center, Suite 1660
San Francisco, California 94111
Telephone: (415) 788-4220

Richard Bemporad
Lowey Dannenberg Bemporad & Selinger, P.C.
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
Telephone: (914) 997-0500

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Michael F. Germano, do hereby certify that I served a copy of the Statement of Non-Opposition to Motion to Consolidate Related Cases, and Certificate of Service, by mailing same, first class mail, postage prepaid upon all counsel of record.

Signed under the pains and penalties of perjury this 7th day of September 2004

*[signature]*
Michael F. Germano
63 Atlantic Avenue
Boston, MA 02110
Tel: (617)-367-5911