UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID JAROSLAWICZ, Derivatively on
behalf of PERKINELMER, INC., a
Massachusetts Corporation,
    Plaintiff,

v.

GREGORY L. SUMME, ROBERT FRIEL,
NICHOLAS LOPARDO, GABRIEL
SCHMERGEL, KENTON SICCHITANO, and
TAMARA ERICKSON,
    Defendants,

-and-

PERKINELMER, INC., A Massachusetts
Corporation,
    Nominal Defendant.

CIVIL ACTION NO.: 04-11469-GAO

## NOTICE OF APPEARANCE

The Law Office of Peter A. Lagorio hereby enters its appearance as associated counsel on behalf of Derivative Plaintiff, David Jaroslawicz, in the above-captioned case.

Respectfully submitted,

Dated: January 25, 2005

Peter A. Lagorio (BBO#567379)
Law Office of Peter A. Lagorio
63 Atlantic Avenue
Boston, MA 02110
617-367-4200
617-227-3384 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2005 I served a copy of the above Notice of Appearance via first class mail upon the attorneys of record in the above-captioned case and in the related case, Miller and Freeberg v. Summe, C.A. No. 04-11599-GAO (D. Mass.).

_/s/ Peter A. Lagorio_
Peter A. Lagorio