UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JAROSLAWICZ, Derivatively on behalf of PERKINELMER, INC., A Massachusetts Corporation, <br><br> Plaintiff <br><br> v. <br><br> GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON, <br><br> Defendants <br><br> -and- <br><br> PERKINELMER, INC., A Massachusetts Corporation, <br><br>   Nominal Defendant. | NO. 04-11469-GAO |

## NOTICE OF APPEARANCE

The undersigned counsel, Beth E. Bookwalter, Esq. and Daniel Margolis, Esq. hereby enter their appearance on behalf of the defendants Gregory L. Summe, Robert Friel, Nicholas Lopardo, Gabriel Schmergel, Kenton Sicchitano, Tamara Erickson, and PerkinElmer, Inc.

                                        Respectfully submitted,

                                        GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, TAMARA ERICKSON and PERKINELMER, INC.

        By their attorneys,

        /s/ Beth E. Bookwalter
        /s/ Daniel Margolis
        Beth E. Bookwalter, Esq. (BBO #643425)
        Daniel Margolis, Esq. (BBO# 662117)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        617-526-6000
        beth.bookwalter@wilmerhale.com
        daniel.margolis@wilmerhale.com

Dated: January 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 28th day of January, 2005 either electronically or by overnight mail on:

| | |
|---|---|
| Michael F. Germano, Esq.<br>Law Offices of Michael F. Germano<br>63 Atlantic Avenue<br>Boston, Massachusetts 02109 | Robert C. Schubert<br>Juden Justice Reed<br>Willem F. Jonckheer<br>Schubert & Reed LLP<br>Two Embarcadero Center, Suite 1660<br>San Francisco, California 94111 |
| Peter A. Lagorio, Esq.<br>Law Office of Peter A. Lagorio<br>63 Atlantic Avenue<br>Boston, Massachusetts 02109 | Richard Bemporad<br>Lowey Dannenberg Bemporad & Selinger, P.C.<br>One North Lexington Avenue, 11th Floor<br>White Plains, New York 10601 |

/s/ Daniel Margolis

US1DOCS 4944214v1