UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID JAROSLAWICZ, Derivatively on
behalf of PERKINELMER, INC., A
Massachusetts Corporation,
     Plaintiff,

v.

GREGORY L. SUMME, ROBERT FRIEL,       CIVIL ACTION No. 04-11469-GAO
NICHOLAS LOPARDO, GABRIEL
SCHMERGEL, KENTON SICCHITANO,
and TAMARA ERICKSON,
     Defendants,

and

PERKINELMER, INC., A Massachusetts
Corporation,   Nominal Defendant.

---

CHARLES MILLER and ALAN FREBERG,
Derivatively and on behalf of PerkinElmer, Inc.,
A Massachusetts Corporation,
     Plaintiffs,

v.

GREGORY L. SUMME, ROBERT FRIEL,       CIVIL ACTION No. 04-11599-GAO
NICHOLAS LOPARDO, GABRIEL
SCHMERGEL, KENTON SICCHITANO,
and TAMARA ERICKSON,
     Defendants.

and

PERKINELMER, INC., A Massachusetts
Corporation,   Nominal Defendant.

## STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 1

WHEREAS plaintiffs Charles Miller and Alan Freberg have moved the court to consolidate all shareholder derivative actions pending against PerkinElmer, Inc. ("PerkinElmer"), including the captioned cases above; and

WHEREAS plaintiff David Jaroslawicz has filed a statement of non-opposition to such motion for consolidation; and

WHEREAS defendants do not oppose such consolidation; and

WHEREAS plaintiffs have come to an agreement concerning the role of each counsel thus far appearing in these actions with respect to further prosecution of these actions; and

WHEREAS, the parties wish to avoid substantial duplication of effort expended by both the Court and counsel, and to foster efficient and fair administration and coordination, assure consistent rulings and decisions, and promote the just, expeditious and cost-effective resolution of these actions;

IT IS HEREBY STIPULATED AND AGREED, by and between parties and their respective undersigned counsel, as follows (except that defendants do not take a position with respect to Paragraphs 4-6 below):

1.      The above-captioned actions (the "Related Actions") are hereby consolidated for all purposes.

2.      The files of the Related Actions shall be maintained in one file under Master File No. 04-11469-GAO.  Any other actions hereafter filed in, or transferred to, this district which

arise out of similar facts as those alleged in the complaints in the Related Actions cases shall be

consolidated with such Related Actions (collectively, the "Consolidated Actions") for all

purposes if, as and when they are drawn to the Court's attention.

3.    Every pleading filed in the Consolidated Actions, or in any separate action

included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re PerkinElmer, Inc.<br>Shareholder Derivative Litigation<br><br>This Document Relates To<br>(Specify All Actions or<br>Particular Action) | CIVIL ACTION No. 04-11469-GAO<br><br>Hon. George A. O'Toole, Jr. |

4.    Wechsler Harwood LLP ("Wechsler Harwood") and Schubert & Reed LLP

("Schubert & Reed") shall be designated Co-Lead Counsel and shall have primary responsibility

for the efficient prosecution of the Consolidated Actions, including, but not limited to: (i) all pre-

trial discovery proceedings; (ii) briefing and argument of motions; (iii) meetings of plaintiffs'

counsel for purposes of proposing joint actions as deemed necessary; (iv) conducting of expert

discovery; (v) the preparation for and trial of the Consolidated Actions; and (vi) any and all

settlement negotiations with defendants.

5.    The Law Office of Peter A. Lagorio ("Peter Lagorio") shall be Liaison Counsel

with primary responsibility for the following: (i) receiving and distributing all correspondence,

motions, pleadings and other documents concerning pre-trial discovery and motions; (ii)

communicating with the Court on behalf of the plaintiffs; (iii) assisting the Co-Chairs in resolving

any questions or suggestions by the Court or by any counsel for plaintiffs concerning pre-trial

discovery, motions, interim appeals, or the trial of the lawsuit; (iv) coordinating with the

Executive Committee; and (v) performing such other functions as may be expressly authorized

by further order of this Court.

   6. Wechsler Harwood, Schubert & Reed, Peter Lagorio, Perkins Smith & Cohen LLP,

and Lowey Danenberg Bemporad & Selinger, P.C. shall comprise the Executive Committee of

lawyers with the primary responsibility to apportion the efforts necessary to prosecute the

Consolidated Actions among the firms representing plaintiffs, including, but not limited to, those

efforts described in Paragraph 4 above.  Wechsler Harwood and Schubert & Reed shall be Co-

Chairs of the Executive Committee.

   7. Plaintiffs shall have 60 (sixty) days from the entry of this Order to file and serve a

Consolidated Complaint (the "Consolidated Complaint"), or shall designate one of the existing

complaints as the operative complaint no later than 60 (sixty) days after entry of this Order.

Defendants shall have 60 (sixty) days to respond to the Consolidated Complaint.

        SO ORDERED:


        _____

        Honorable George A. O'Toole
        United States District Judge
        United States District Court,
        District of Massachusetts

DATED this ____ day of January 2005

Dated: January 27, 2005                    LAW OFFICE OF PETER A. LAGORIO,


                              By:      /s/  Peter A. Lagorio
                                   Peter A. Lagorio (BBO#567379)
                                   63 Atlantic Avenue
                                   Boston, MA 02119
                                   Telephone: (617) 367-4200
                                   Facsimile: (617) 227-3384

                                   *Liaison Counsel for Derivative Plaintiffs*



Dated: January 27, 2005                    WECHSLER HARWOOD LLP,


                              By:      /s/  Robert I. Harwood
                                   Robert I. Harwood
                                   Peter W. Overs, Jr.
                                   488 Madison Avenue
                                   New York, New York 10022
                                   Telephone: (212) 935-7400
                                   Facsimile: (212) 763-3630



Dated: January 27, 2005                    SCHUBERT & REED LLP,


                              By:      /s/  Robert C. Schubert
                                   Robert C. Schubert
                                   Two Embarcadero Center, Suite 1660
                                   San Francisco, CA 94111
                                   Telephone: (415) 788-4220

                                   *Co-Lead Counsel for Derivative Plaintiffs*


                                   5

PERKINS SMITH & COHEN LLP,


  /s/  Susan E. Stenger
Susan E. Stenger  (BBO #555552)
One Beacon Street, 30th Floor
Boston, MA 02108
Telephone:  (617) 854-4000
Facsimile:  (617) 854-4040


LOWEY DANNENBERG BEMPORAD
& SELINGER, P.C.
Richard Bemporad
One North Lexington Ave., 11th Fl.
White Plains, NY 10601
Telephone: (914) 997-0500


Dated: January 28, 2005        WILMER CUTLER PICKERING
HALE & DORR LLP,


By:    /s/  Daniel Margolis
Daniel Margolis (BBO#662117)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

    I hereby certify that on January 28, 2005,  I served a copy of the above Stipulation via first class mail upon all counsel of record.


  /s/  Peter A. Lagorio
Peter A. Lagorio   (BBO #567379)

6