UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------X
CHARLES MILLER and ALAN FREBERG,    :
Derivatively and on behalf of       :
PerkinElmer, Inc., A Massachusetts  :    No. 04-11599-GAO
Corporation,                        :
                                    :
            Plaintiffs,             :
                                    :
        v.                          :
                                    :
GREGORY L. SUMME, ROBERT FRIEL,     :
NICHOLAS LOPARDO, GABRIEL           :
SCHMERGEL, KENTON SICCHITANO, and   :
TAMARA ERICKSON,                    :
                                    :
            Defendants.             :
                                    :
        -and-                       :
                                    :
PERKINELMER, INC., A Massachusetts  :
Corporation,                        :
                                    :
            Nominal Defendant.      :
                                    :
-----------------------------------X
```

CERTIFICATE OF PETER W. OVERS, JR. PURSUANT
TO LOCAL RULE 83.5.3(B)

```
-----------------------------------X
DAVID JAROSLAWICZ, Derivatively on :
behalf of PERKINELMER, INC., A      :
Massachusetts Corporation,          :    No. 04-11469-GAO
                                    :
            Plaintiff,              :
                                    :
      v.                            :
                                    :
GREGORY L. SUMME, ROBERT FRIEL,     :
NICHOLAS LOPARDO, GABRIEL           :
SCHMERGEL, KENTON SICCHITANO, and   :
TAMARA ERICKSON,                    :
                                    :
            Defendants,             :
                                    :
      -and-                         :
                                    :
PERKINELMER, INC., A Massachusetts  :
Corporation,                        :
                                    :
            Nominal Defendant.      :
_____X
```

I, the undersigned Peter W. Overs, Jr., hereby certify

pursuant to Local Rule 83.5.3(b) that the following is true to

the best of my personal knowledge:

1.    I am a member of the bar in good standing of:

> Courts of the State of New York          10/19/94
> NY Appellate Division 2nd Dept.          10/19/94
> US District Court-Eastern District NY     3/14/95
> US District Court-Southern District NY   11/23/04

2.    There are no disciplinary proceedings pending against

me as a member of the bar in any jurisdiction; and

3.    I am familiar with the Local Rules of the United States

District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8th DAY OF
April 2005.

Peter W. Overs, Jr.