UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------X
CHARLES MILLER and ALAN FREBERG,    :
Derivatively and on behalf of       :
PerkinElmer, Inc., A Massachusetts  :   No. 04-11599-GAO
Corporation,                        :
                                    :
            Plaintiffs,             :
                                    :
        v.                          :
                                    :
GREGORY L. SUMME, ROBERT FRIEL,     :
NICHOLAS LOPARDO, GABRIEL           :
SCHMERGEL, KENTON SICCHITANO, and   :
TAMARA ERICKSON,                    :
                                    :
            Defendants.             :
                                    :
        -and-                       :
                                    :
PERKINELMER, INC., A Massachusetts  :
Corporation,                        :
                                    :
            Nominal Defendant.      :
                                    :
------------------------------------X
```

**MOTION FOR ADMISSION PRO HAC VICE**

```
------------------------------------X
DAVID JAROSLAWICZ, Derivatively on   :
behalf of PERKINELMER, INC., A       :
Massachusetts Corporation,           :   No. 04-11469-GAO
                                     :
        Plaintiff,                   :
                                     :
        v.                           :
                                     :
GREGORY L. SUMME, ROBERT FRIEL,      :
NICHOLAS LOPARDO, GABRIEL            :
SCHMERGEL, KENTON SICCHITANO, and    :
TAMARA ERICKSON,                     :
                                     :
        Defendants,                  :
                                     :
        -and-                        :
                                     :
PERKINELMER, INC., A Massachusetts   :
Corporation,                         :
                                     :
        Nominal Defendant.           :
------------------------------------X
```

NOW COMES the plaintiff, through his attorney and pursuant to Local Rule 83.5.3(b), and respectfully requests this Honorable Court grant Attorney Robert I. Harwood leave to practice before it pro hac vice, saying in support thereof as follows:

1. The above-captioned matter is a shareholder's derivative action in which the plaintiff seeks relief for alleged breaches of fiduciary duty by the individual defendants, board members and executive officers of the nominal defendant corporation.

2. The plaintiff would like Robert I. Harwood to represent him in this matter.

3. Attorney Peter Lagorio, a member of the Massachusetts Bar, admitted to practice before this Court, has filed an Appearance for the plaintiff.

4. Attorney Harwood is a member in good standing of:

| Court | Date |
|---|---|
| Courts of the State of Virginia | 9/09/71 |
| Supreme Court of Virginia | 9/09/71 |
| Courts of the State of New York | 2/09/73 |
| NY Appellate Division 1st Dept | 2/09/73 |
| New York Court of Appeals | 2/09/73 |
| US District Court-S.D.N.Y. | 10/02/73 |
| US District Court-E.D.N.Y. | 10/31/73 |
| 2nd Circuit Court of Appeals | 12/23/74 |
| 7th Circuit Court of Appeals | 5/02/80 |
| 6th Circuit Court of Appeals | 4/26/91 |
| Court of International Trade | 4/29/96 |
| 9th Circuit Court of Appeals | 9/23/97 |
| US District Court, E.D. Wisconsin | 8/17/98 |
| US District Court, D. Colorado | 12/22/00 |
| 4th Circuit Court of Appeals | 2/20/02 |
| 3rd Circuit Court of Appeals | 3/19/02 |
| 5th Circuit Court of Appeals | 5/23/02 |
| 1st Circuit Court of Appeals | 12/15/04 |

5. Attorney Harwood is familiar with the Local Rules for the United States District Court for the District of Massachusetts, and has been previously admitted, pro hac vice, for cases herein.

6. Mr. Lagorio will accompany Mr. Harwood at all court appearances made in this matter to the extend the Court requires.

7. Granting this motion will neither prejudice the rights of either party nor unduly delay its resolution.

8. Denying this motion will prejudice the rights of the plaintiff by depriving him of a reasonable opportunity to be represented by counsel of his choice.

9. This motion is supported by an certificate of Robert I. Harwood filed herewith pursuant to Local Rule 83.5.3(b).

WHEREFORE the plaintiff Thomas Gallagher, Jr. respectfully requests that this Honorable Court:

A. Grant Attorney Robert I. Harwood leave to practice before it pro hac vice; and

B. Grant such other and further relief as may be just.

Dated: April 13, 2005

> Respectfully submitted,
>
> THOMAS GALLAGHER, JR.,
> Derivatively on Behalf of
> Defendant PERKINELMER, INC.
> by his attorney
>
> _____
> Peter A. Lagorio BBO#567379
> LAW OFFICE OF PETER A. LAGORIO
> 63 Atlantic Avenue
> Boston, MA 02110
> Tel.: (617) 367-4200
>
> WECHSLER HARWOOD LLP
> Robert I. Harwood
> 488 Madison Avenue, 8th Floor
> New York, New York 10022
> Tel.: (212) 935-7400

## Certificate of Concurrence

I hereby certify pursuant to Local Rule 7.1(A)(2) that I have conferred with all counsel of record in a good faith attempt to seek their concurrence to the relief sought in this motion, and that they assented to the relief sought herein.

_____
Peter A. Lagorio