UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------X
CHARLES MILLER and ALAN FREBERG,         :
Derivatively and on behalf of            :
PerkinElmer, Inc., A Massachusetts       :   No. 04-11599-GAO
Corporation,                             :
                                         :
            Plaintiffs,                  :
                                         :
      v.                                 :
                                         :
GREGORY L. SUMME, ROBERT FRIEL,          :
NICHOLAS LOPARDO, GABRIEL                :
SCHMERGEL, KENTON SICCHITANO, and        :
TAMARA ERICKSON,                         :
                                         :
            Defendants.                  :
                                         :
            -and-                        :
                                         :
PERKINELMER, INC., A Massachusetts       :
Corporation,                             :
                                         :
            Nominal Defendant.           :
                                         :
------------------------------------X

**CERTIFICATE OF ROBERT I. HARWOOD
<u>PURSUANT TO LOCAL RULE 83.5.3(B)</u>**

```
----------------------------------------X
DAVID JAROSLAWICZ, Derivatively on    :
behalf of PERKINELMER, INC., A        :
Massachusetts Corporation,            :    No. 04-11469-GAO
                                      :
            Plaintiff,                :
                                      :
     v.                               :
                                      :
GREGORY L. SUMME, ROBERT FRIEL,       :
NICHOLAS LOPARDO, GABRIEL             :
SCHMERGEL, KENTON SICCHITANO, and     :
TAMARA ERICKSON,                      :
                                      :
            Defendants,               :
                                      :
     -and-                            :
                                      :
PERKINELMER, INC., A Massachusetts    :
Corporation,                          :
                                      :
            Nominal Defendant.        :
----------------------------------------X
```

I, the undersigned Robert I. Harwood, hereby certify pursuant to Local Rule 83.5.3(b) that the following is true to the best of my personal knowledge:

1. I am a member of the bar in good standing of:

| Court | Date |
|---|---|
| Courts of the State of Virginia | 9/09/71 |
| Supreme Court of Virginia | 9/09/71 |
| Courts of the State of New York | 2/09/73 |
| NY Appellate Division 1st Dept | 2/09/73 |
| New York Court of Appeals | 2/09/73 |
| US District Court-S.D.N.Y. | 10/02/73 |
| US District Court-E.D.N.Y. | 10/31/73 |
| 2nd Circuit Court of Appeals | 12/23/74 |
| 7th Circuit Court of Appeals | 5/02/80 |
| 6th Circuit Court of Appeals | 4/26/91 |
| Court of International Trade | 4/29/96 |
| 9th Circuit Court of Appeals | 9/23/97 |
| US District Court, E.D. Wisconsin | 8/17/98 |
| US District Court, D. Colorado | 12/22/00 |

```
4th Circuit Court of Appeals         2/20/02
3rd Circuit Court of Appeals         3/19/02
5th Circuit Court of Appeals         5/23/02
1st Circuit Court of Appeals        12/15/04
```

2.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

3.  I am familiar with the Local Rules of the United States District Court For the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 6th DAY OF APRIL 2005.

*[signature]*
Robert I. Harwood