UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------X
CHARLES MILLER and ALAN FREBERG,  :
Derivatively and on behalf of     :
PerkinElmer, Inc., A Massachusetts :  No. 04-11599-GAO
Corporation,                      :
                                  :
            Plaintiffs,           :
                                  :
      v.                          :
                                  :
GREGORY L. SUMME, ROBERT FRIEL,   :
NICHOLAS LOPARDO, GABRIEL         :
SCHMERGEL, KENTON SICCHITANO, and :
TAMARA ERICKSON,                  :
                                  :
            Defendants.           :
                                  :
      -and-                       :
                                  :
PERKINELMER, INC., A Massachusetts :
Corporation,                      :
                                  :
            Nominal Defendant.    :
                                  :
------------------------------------X

Certificate of Service

I, Peter A. Lagorio, hereby certify that on April 13, 2005 I served a copy of the following documents via first class mail, postage paid, to all counsel of record in this action:

1. Motion For Admission Pro Hac Vice for Peter W. Overs, Jr.;
2. Certificate of Peter W. Overs, Jr. Pursuant to Local Rule 83.5.3. (B);
3. Motion For Admission Pro Hac Vice for Robert I. Harwood;
4. Certificate of Robert I. Harwood Pursuant to Local Rule 83.5.3 (B).

Signed under the penalties of perjury this 13th day of April, 2005,

Peter A. Lagorio BBO#567379
LAW OFFICE OF PETER A. LAGORIO
63 Atlantic Avenue
Boston, MA 02110