UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re PerkinElmer, Inc.<br>Shareholder Derivative Litigation<br><br>This Document Relates To All Actions | CIVIL ACTION NO.: 04-11469-GAO<br><br>HON. GEORGE A. O'TOOLE, JR.<br><br>**FILED ELECTRONICALLY** |

**STIPULATION EXTENDING TIME BY WHICH**
**PLAINTIFFS WILL FILE CONSOLIDATED AMENDED COMPLAINT**

It is hereby stipulated and agreed by and between counsel for the parties to the above-referenced consolidated shareholder derivative action that the time for Plaintiffs to file a Consolidated Amended Complaint shall be and hereby is extended from May 27, 2005 to and until June 30, 2005.

Dated: May 27, 2005

By: /s/ Peter A. Lagorio
 Peter A. Lagorio (BBO#567379)
 Law Office of Peter A. Lagorio
 63 Atlantic Avenue
 Boston, MA 02110
 Tel: 617-367-4200
 Fax: 617-227-3384
 plagorio@conversent.net

 Derivative Plaintiffs' Liaison Counsel

 Robert I. Harwood (Admitted Pro Hac Vice)
 Peter W. Overs, Jr. (Admitted Pro Hac Vice)
 Wechsler Harwood LLP
 488 Madison Avenue
 New York, NY 10022
 Tel: 212-935-7400
 Fax: 212-763-3630

By: /s/ Beth E. Bookwalter
 Jeffrey B. Rudman (BBO#433380)
 Michael G. Bongiorno (BBO#558748)
 Beth E. Bookwalter (BBO#643425)
 Daniel Margolis (BBO#662117)
 Wilmer Cutler Pickering Hale
  and Dorr LLP
 60 State Street
 Boston, MA 02109
 Tel: 617-526-6000
 Fax: 617-526-5000
 jeffrey.rudman@wilmerhale.com
 michael.bongiorno@wilmerhale.com
 beth.bookwalter@wilmerhale.com
 daniel.margolis@wilmerhale.com

 Defendants' Counsel

2

Robert C. Schubert
Schubert & Reed LLP
Two Embarcadero Center
Suite 1660
San Francisco, CA 94111
Tel: 415-788-4220
Fax: 415-788-0161

Derivative Plaintiffs' Co-Lead Counsel

So Ordered this _____ day of _____, 2005

_____
United States District Judge

2