UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID JAROSLAWICZ, Derivatively on behalf of PERKINELMER, INC., A Massachusetts Corporation, <br><br> Plaintiff <br><br> v. <br><br> GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON, <br><br> Defendants <br><br> -and- <br><br> PERKINELMER, INC., A Massachusetts Corporation, <br><br>  Nominal Defendant. | NO. 04-11469-GAO |

## NOTICE OF APPEARANCE

The undersigned counsel, Jeffrey B. Rudman, Esq. and Michael G. Bongiorno, Esq. hereby enter their appearance on behalf of the defendants Gregory L. Summe, Robert Friel, Nicholas Lopardo, Gabriel Schmergel, Kenton Sicchitano, Tamara Erickson, and PerkinElmer, Inc.

                                                      Respectfully submitted,

                                                      GREGORY L. SUMME, ROBERT FRIEL,
                                                      NICHOLAS LOPARDO, GABRIEL

SCHMERGEL, KENTON SICCHITANO, TAMARA ERICKSON and PERKINELMER, INC.

By their attorneys,

/s/ Jeffrey B. Rudman
/s/ Michael G. Bongiorno_____
Jeffrey B. Rudman, Esq. (BBO# 433380)
Michael G. Bongiorno, Esq. (BBO #558748)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
617-526-6000
jeffrey.rudman@wilmerhale.com
michael.bongiorno@wilmerhale.com

Dated: August 4, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 4th day of August, 2004 either electronically or by overnight mail on:

Michael F. Germano, Esq.  
Law Offices of Michael F. Germano  
63 Atlantic Avenue  
Boston, Massachusetts 02109

Robert C. Schubert  
Juden Justice Reed  
Willem F. Jonckheer  
Schubert & Reed LLP  
Two Embarcadero Center, Suite 1660  
San Francisco, California 94111

Richard Bemporad  
Lowey Dannenberg Bemporad & Selinger, P.C.  
One North Lexington Avenue, 11th Floor  
White Plains, New York 10601

/s/ Daniel Margolis

US1DOCS 1965228v1