UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JAROSLAWICZ, Derivatively on behalf of PERKINELMER, INC., A Massachusetts Corporation, <br><br> Plaintiff <br><br> v. <br><br> GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON, <br><br> Defendants <br><br> -and- <br><br> PERKINELMER, INC., A Massachusetts Corporation, <br><br> Nominal Defendant. | NO. 04-11469-GAO |

## NOTICE OF APPEARANCE

The undersigned counsel, Daniel Margolis, Esq., hereby enters his appearance on behalf of the defendants Gregory L. Summe, Robert Friel, Nicholas Lopardo, Gabriel Schmergel, Kenton Sicchitano, Tamara Erickson, and PerkinElmer, Inc.

                                            Respectfully submitted,

                                            GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, TAMARA ERICKSON and PERKINELMER, INC.

US1DOCS 5173434v1

By their attorney,

/s/ Daniel Margolis_____
Daniel Margolis, Esq. (BBO #662117)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
617-526-6000
daniel.margolis@wilmerhale.com

Dated: June 27, 2005

US1DOCS 5173434v1