UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re PerkinElmer, Inc.<br>Shareholder Derivative Litigation<br><br>This Document Relates To All Actions | CIVIL ACTION NO.: 04-11469-GAO<br><br>HON. GEORGE A. O'TOOLE, JR.<br><br>**FILED ELECTRONICALLY** |

**DERIVATIVE PLAINTIFFS' NOTICE OF
DESIGNATION OF CONSOLIDATED COMPLAINT**

Plaintiffs in the above-captioned consolidated shareholder derivative action hereby designate the initial Complaint filed on June 28, 2004 in the action originally styled <u>Jaroslawicz v. Summe, et al.</u>, Civil Action 1:04-CV-11469-GAO (now consolidated herein) as the operative Consolidated Complaint in this action.

The parties had previously stipulated to an extension of time through today, June 30, 2005, by which Plaintiffs could file a Consolidated Amended Complaint or designate an existing complaint. Plaintiffs are hereby designating the above-referenced June 28, 2004 Complaint as the operative Consolidated Complaint for this consolidated action.[1]

Dated: June 30, 2005                              Respectfully submitted,

                                                  By: /s/ Peter A. Lagorio
                                                  Peter A. Lagorio (BBO#567379)
                                                  Law Office of Peter A. Lagorio
                                                  63 Atlantic Avenue
                                                  Boston, MA 02110
                                                  Tel: 617-367-4200
                                                  Fax: 617-227-3384
                                                  plagorio@conversent.net

                                                  Derivative Plaintiffs' Liaison Counsel

---

[1] A true copy of the Complaint hereby designated as Plaintiffs' Consolidated Complaint is attached as Exhibit A hereto.

Robert I. Harwood (Admitted Pro Hac Vice)
Peter W. Overs, Jr. (Admitted Pro Hac Vice)
Wechsler Harwood LLP
488 Madison Avenue
New York, NY 10022
Tel: 212-935-7400
Fax: 212-763-3630

Robert C. Schubert
Schubert & Reed LLP
Two Embarcadero Center
Suite 1660
San Francisco, CA 94111
Tel: 415-788-4220
Fax: 415-788-0161

Derivative Plaintiffs' Co-Lead Counsel