UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JAROSLAWICZ, Derivatively on behalf of PerkinElmer, Inc., A Massachusetts Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON,<br><br>Defendants,<br><br>-and-<br><br>PERKINELMER, INC., A Massachusetts Corporation,<br><br>Nominal Defendant. | Civil Action No. 04-CV-11469-GAO |

## DEFENDANTS' MOTION TO DISMISS
## THE CONSOLIDATED DERIVATIVE COMPLAINT

Defendants PerkinElmer, Inc. ("PerkinElmer"), Gregory L. Summe, Robert Friel, Nicholas Lopardo, Gabriel Schmergel, Kenton Sicchitano and Tamara Erickson (collectively, "defendants") hereby move to dismiss the Consolidated Derivative Complaint because it fails to allege particularized facts sufficient to show why plaintiffs' failure to make demand on PerkinElmer Inc.'s Board of Directors prior to filing this suit should be excused. In support of this motion, defendants have filed the accompanying Memorandum in Support of Defendants' Motion to Dismiss the Consolidated Derivative Complaint and Affidavit of Daniel R. Margolis.

For the reasons set forth more fully in the accompanying Memorandum, defendants request that the Court dismiss the Consolidated Derivative Complaint with prejudice and grant such further relief that the Court deems fair and just.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants request a hearing on their Motion to Dismiss.

    /s/ Daniel Margolis_____
Daniel Margolis

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that I have conferred with plaintiff's counsel and have attempted in good faith to resolve or narrow the issues raised in this motion.

    /s/ Daniel Margolis_____
Daniel Margolis

Respectfully submitted,

GREGORY L. SUMME, ROBERT FRIEL,
NICHOLAS LOPARDO, GABRIEL SCHMERGEL,
KENTON SICCHITANO, TAMARA ERICKSON,
AND PERKINELMER, INC.

By their attorneys,

    /s/ Daniel Margolis_____
Jeffrey B. Rudman (BBO # 433380)
Michael Bongiorno (BBO # 558748)
Daniel R. Margolis (BBO # 662117)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: August 30, 2005

CERTIFICATE OF SERVICE

    I, Daniel R. Margolis, hereby certify that a true copy of Defendants' Motion to Dismiss the Consolidated Derivative Complaint was served this 30th day of August, 2005, upon the following counsel electronically or via overnight mail:

| | |
|---|---|
| Michael F. Germano, Esq.<br>Law Offices of Michael F. Germano<br>63 Atlantic Avenue<br>Boston, Massachusetts 02109 | Robert C. Schubert<br>Juden Justice Reed<br>Willem F. Jonckheer<br>Schubert & Reed LLP<br>Two Embarcadero Center, Suite 1660<br>San Francisco, California 94111 |
| Peter A. Lagorio, Esq.<br>Law Office of Peter A. Lagorio<br>63 Atlantic Avenue<br>Boston, Massachusetts 02109 | Richard Bemporad<br>Lowey Dannenberg Bemporad & Selinger, P.C.<br>One North Lexington Avenue, 11th Floor<br>White Plains, New York 10601 |
| Robert I. Harwood, Esq.<br>Wechsler Harwood LLP<br>488 Madison Avenue<br>Suite 801<br>New York, NY 10022 | |

                                                        /s/ Daniel Margolis