UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JAROSLAWICZ, Derivatively on behalf of PerkinElmer, Inc., A Massachusetts Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON,<br><br>Defendants,<br><br>-and-<br><br>PERKINELMER, INC., A Massachusetts Corporation,<br><br>Nominal Defendant. | Civil Action No. 04-CV-11469-GAO |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO EXTEND THE
PAGE LIMIT BY FIVE PAGES ON THE MEMORANDUM
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
<u>THE CONSOLIDATED DERIVATIVE COMPLAINT</u>**

Defendants PerkinElmer, Inc. ("PerkinElmer"), Gregory L. Summe, Robert Friel, Nicholas Lopardo, Gabriel Schmergel, Kenton Sicchitano and Tamara Erickson (collectively, "defendants") hereby move for leave to file a memorandum with five additional pages (for a total of 25 pages) in support of their Motion to Dismiss the Consolidated Derivative Complaint ("Complaint"), filed herewith. As grounds for this motion, defendants state the following:

1. Plaintiff has filed a 35-page Complaint containing nine distinct excuses for not making the required demand of the PerkinElmer Board of Directors to bring this action.

Defendants require the requested five additional pages in their motion in order to explain sufficiently why each of these nine claims, separately and taken together, do not adequately plead demand futility under Mass. R. Civ. P. Rule 23.1.

2. Plaintiffs have assented to this motion.

For the reasons set forth above, defendants request that the Court increase the 20-page limit set forth in Local Rule 7.1(B)(4) to 25 pages for Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Derivative Complaint.

Respectfully submitted,

/s/ Daniel Margolis

Jeffrey B. Rudman (BBO # 433380)
Michael Bongiorno (BBO # 558748)
Daniel R. Margolis (BBO # 662117)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

*Attorneys for Defendants*

Dated: August 30, 2005

## Certificate of Service

      I, Daniel R. Margolis, hereby certify that a true copy of this Assented-to Motion for Leave to Extend the Page Limit by Five Pages on the Memorandum in Support of Defendants' Motion to Dismiss the Consolidated Derivative Complaint was served this 30th day of August, 2005 upon the following counsel electronically or via overnight mail:

| | |
|---|---|
| Michael F. Germano, Esq.<br>Law Offices of Michael F. Germano<br>63 Atlantic Avenue<br>Boston, Massachusetts 02109 | Robert C. Schubert<br>Juden Justice Reed<br>Willem F. Jonckheer<br>Schubert & Reed LLP<br>Two Embarcadero Center, Suite 1660<br>San Francisco, California 94111 |
| Peter A. Lagorio, Esq.<br>Law Office of Peter A. Lagorio<br>63 Atlantic Avenue<br>Boston, Massachusetts 02109<br>Robert I. Harwood, Esq.<br>Wechsler Harwood LLP<br>488 Madison Avenue<br>Suite 801<br>New York, NY 10022 | Richard Bemporad<br>Lowey Dannenberg Bemporad & Selinger, P.C.<br>One North Lexington Avenue, 11th Floor<br>White Plains, New York 10601 |

                                                                                       _/s/ Daniel Margolis_____