UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JAROSLAWICZ, Derivatively on behalf of PerkinElmer, Inc., a Massachusetts corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON,<br><br>　　　　　　　　Defendants,<br><br>-and-<br><br>PERKINELMER, INC., a Massachusetts corporation,<br><br>　　　　　　　　Nominal Defendant. | Civil Action No. 04-CV-11469-GAO<br><br>**AFFIDAVIT OF DANIEL MARGOLIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED DERIVATIVE COMPLAINT** |

STATE OF MASSACHUSETTS　)
　　　　　　　　　　　　) ss.:
COUNTY OF SUFFOLK　　　　)

　　　　DANIEL MARGOLIS, being duly sworn, and having personal knowledge of the matters set forth herein, deposes and says:

　　　　1.　　I am an attorney with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendants in this action. I submit this Affidavit in support of Defendants' Motion to Dismiss the Consolidated Derivative Complaint.

　　　　2.　　Attached hereto as Exhibit A is a true and correct copy of Bloomberg's Historical Stock Chart for PerkinElmer, Inc. (PKI) for the dates December 31, 2001 – January 31, 2002.

- 1 -

3.   Attached hereto as Exhibit B is a true and correct copy of PerkinElmer Inc.'s Restated Articles of Organization, dated August 15, 2001.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2005 at Boston, Massachusetts.

*/s/ Daniel Margolis*
Daniel Margolis

Signed and sworn to before me this
30th day of August, 2005.

*/s/ Patricia Bessells*
Notary Public
My commission expires 11/27/09

- 2 -