UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re PerkinElmer, Inc.<br>Shareholder Derivative Litigation<br><br>Consolidated Cases: 04-CV-11469 (GAO) and<br>04-CV-11599 (GAO)<br><br>This Document Relates To All Actions | CIVIL ACTION NO.: 04-11469-GAO<br><br>HON. GEORGE A. O'TOOLE, JR.<br><br>**FILED ELECTRONICALLY** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN counsel for Plaintiffs, David Jaroslawicz, Charles Miller and Alan Freberg, and counsel for Defendants, Gregory L. Summe, Robert Friel, Nicholas Lopardo, Gabriel Schmergel, Kenton Sicchitano, Tamara Erickson, and Nominal Defendant PerkinElmer, Inc., that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned action shall be dismissed with prejudice in its entirety without attorneys' fees and with waiver of all rights to appeal.  Subject to Court approval and upon entry of an order of dismissal, Defendants shall pay Plaintiffs' counsel the amount of $2,703.72, which equals 50% of Plaintiffs' counsel's out-of-pocket expenses of $5,407.43 in this action.

[signature page follows]

Dated: November 4, 2005

By: /s/ Peter A. Lagorio
    Peter A. Lagorio (BBO#567379)
    Law Office of Peter A. Lagorio
    63 Atlantic Avenue
    Boston, MA 02110
    Tel: 617-367-4200
    Fax: 617-227-3384
    plagorio@conversent.net

    Derivative Plaintiffs' Liaison Counsel

    Robert I. Harwood (Admitted Pro Hac Vice)
    Peter W. Overs, Jr. (Admitted Pro Hac Vice)
    Wechsler Harwood LLP
    488 Madison Avenue
    New York, NY 10022
    Tel: 212-935-7400
    Fax: 212-763-3630

    Robert C. Schubert
    Schubert & Reed LLP
    Two Embarcadero Center
    Suite 1660
    San Francisco, CA 94111
    Tel: 415-788-4220
    Fax: 415-788-0161

    Derivative Plaintiffs' Co-Lead Counsel

By: /s/ Jeffrey B. Rudman
    Jeffrey B. Rudman (BBO#433380)
    Michael G. Bongiorno (BBO#558748)
    Beth E. Bookwalter (BBO#643425)
    Daniel Margolis (BBO#662117)
    Wilmer Cutler Pickering Hale
     and Dorr LLP
    60 State Street
    Boston, MA 02109
    Tel: 617-526-6000
    Fax: 617-526-5000
    jeffrey.rudman@wilmerhale.com
    michael.bongiorno@wilmerhale.com
    beth.bookwalter@wilmerhale.com
    daniel.margolis@wilmerhale.com

    Defendants' Counsel

So Ordered this ____ day of _____, 2005

_____
United States District Judge

US1DOCS 5365602v1